# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10969-elf |
| | : | |
| Ricci Transport & Recovery Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

### Order Granting Debtor's Motion to Extend Time
### to File Schedules and Statement of Financial Affairs

**AND NOW**, consideration of the Debtor's Motion to Extend Time to File Schedules and Statement of Financial Affairs, it is hereby **ORDERED**:

1. The motion is **GRANTED**.

2. The time for the Debtor to file its Schedules and Statement of Financial Affairs is extended through **May 12, 2022**.

3. No further extensions will be granted.

Date:  4/28/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**