**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-10969-elf |
| | : | |
| Ricci Transport & Recovery Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

**Second Amended Plan of Reorganization for Small Business Under Chapter 11**

Ricci Transport & Recovery Inc.'s Second Amended Plan of Reorganization, Dated September 22, 2022.

CIBIK LAW, P.C.
*Counsel for Debtor*
       *Ricci Transport & Recovery Inc.*

By: /s/ Michael I. Assad
       Michael I. Assad (#330937)
       Michael A. Cibik (#23110)
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102
       215-735-1060
       mail@cibiklaw.com

# Table of Contents

Background ....................................................................................................................... 3

Article 1    Summary ......................................................................................................... 4

Article 2    Classification of Claims and Interests ........................................................... 4

    2.01  Class 1 ................................................................................................................ 4

    2.02  Class 2 ................................................................................................................ 4

    2.03  Class 3 ................................................................................................................ 4

    2.04  Class 4 ................................................................................................................ 5

Article 3    Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees ...... 5

    3.01  Unclassified claims ............................................................................................ 5

    3.02  Administrative expense claims ........................................................................... 5

    3.03  Priority tax claims .............................................................................................. 5

    3.04  Statutory fees ..................................................................................................... 5

Article 4    Treatment of Claims and Interests Under the Plan .......................................... 5

    4.01  Voting rights and plan acceptance ..................................................................... 5

    4.02  Treatment of claims and interests ...................................................................... 5

Article 5    Allowance and Disallowance of Claims .......................................................... 6

    5.01  Disputed Claim ................................................................................................... 6

    5.02  Delay of distribution on a disputed claim .......................................................... 6

    5.03  Settlement of disputed claims ............................................................................ 6

Article 6    Provisions for Executory Contracts and Unexpired Leases ............................ 6

    6.01  Assumed executory contracts and unexpired leases ........................................... 6

Article 7    Means for Implementation of the Plan ............................................................ 7

Article 8    General Provisions .......................................................................................... 8

    8.01  Definitions and rules of construction ................................................................. 8

    8.02  Effective date ...................................................................................................... 8

    8.03  Severability ......................................................................................................... 8

    8.04  Binding effect ..................................................................................................... 8

    8.05  Captions .............................................................................................................. 8

    8.06  Controlling effect ............................................................................................... 8

    8.07  Corporate governance ......................................................................................... 8

    8.08  Retention of Jurisdiction .................................................................................... 8

Article 9    Discharge ........................................................................................................ 8

Exhibit A    Liquidation Analysis ..................................................................................... 10

Exhibit B    Cash Flow Projection ..................................................................................... 11

Exhibit C    Schedule of Plan Payments and Trustee Distributions ................................. 13

## Background

**Description and History of the Debtor's Business**
The Debtor is a corporation. Since 2006, the Debtor has been in the business of vehicular towing services. Much of the Debtor's revenue comes from its contract as an emergency towing service vendor for AAA. The Debtor experienced success and stability for much of its history, but like many businesses, it took a significant hit from the COVID-19 pandemic.

**Liquidation Analysis**
To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to the Plan as Exhibit A.

**Ability to make future plan payments and operate without further reorganization**
The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information as Exhibit B.

The Plan Proponent's financial projections show that the Debtor will have projected disposable income (as defined by 11 U.SC. § 1191(d)) for the period described in § 1191(c)(2) of $3,662.00.

The final Plan payment is expected to be paid in the 60th month following confirmation of this Plan.

**The Debtor's Bankruptcy Case**
The Debtor filed this chapter 11 bankruptcy case on April 14, 2022. The Debtor participated in an initial interview with the U.S. Trustee on April 25, 2022, the meeting of creditors was held and concluded on May 17, 2022, and a status hearing was held and concluded on June 8, 2022. The Court set a bar date of July 1, 2022, for non-governmental claims and October 11, 2022, for governmental claims. The Debtor does not expect any further claims to be filed.

The Debtor had some difficulty finding an accountant willing to accept employment under a chapter 11 bankruptcy case, which has caused delay in preparation of the monthly operating reports that must be filed with the Court. Rey's Tax and Accounting Services ("the Accountant") accepted the task and was appointed by the Court on June 23, 2022. All monthly operating reports have since been filed.

The Debtor recently amended Schedules E/F to add two loans that were erroneously omitted. Those loans, from James Ricci and Jennifer Ricci, have been forgiven by the creditors and will not be paid through this Plan. Schedule E/F was also amended to correct the listed creditor for the Debtor's 2020 Paycheck Protection Program loan. The original schedules erroneously listed the creditor as the U.S. Small Business Administration, but the amendment correctly listed the creditor as First Bank. First Bank was notified of the amendment but did not file a claim within the time allowed. The Debtor was recently informed that the PPP loan has been forgiven.

The original plan indicated that the Debtor intended to sell up to five of its seven tow trucks. But as the monthly operating reports demonstrate, the Debtor has recently seen an uptick in business which is made possible by the concurrent operation of four trucks. Thus, the Debtor intends to pursue the sale of three trucks. No potential buyers have been identified. Because the three trucks to be sold have not been operational during the periods for which operating reports have been submitted, the sale of those trucks will not have an impact on cash flow projections.

This amendment to the Plan has been filed to make minor modifications necessary to obtain support of the creditors. The Debtor is currently seeking confirmation of this plan under 11 U.S.C. § 1191(a) but will proceed to confirmation under 11 U.S.C. § 1191(b) if creditors do not consent to confirmation as § 1191(a) requires.

## Article 1    Summary

This Plan of Reorganization (the Plan) under chapter 11 of the Bankruptcy Code (the Code) proposes to pay creditors of Ricci Transport & Recovery Inc. (the Debtor) from various sources, including sale of assets, cash flow from operations, and future income.

This Plan provides for:    1 class of priority claims;
1 class of secured claims;
1 class of non-priority unsecured claims;
1 and class of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 100 cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## Article 2    Classification of Claims and Interests

### 2.01    Class 1
There are no allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2) and priority tax claims under § 507(a)(8) and, thus, no creditors in Class 1.

### 2.02    Class 2
The claim of FC Marketplace LLC to the extent allowed as a secured claim under 11 U.S.C. § 506.

### 2.03    Class 3
All non-priority unsecured claims allowed under 11 U.S.C. § 502 and all deficiency claims of Class 2 claimholders.

| 2.04 | **Class 4** |
|---|---|

Equity interests of the Debtor.

# Article 3    Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

**3.01    Unclassified claims**

Under 11 U.S.C. § 1123(a)(1), administrative expense claims, and priority tax claims are not in classes. Claimholders of unclassified claims are not entitled to vote on this plan.

**3.02    Administrative expense claims**

Each holder of an administrative expense claim allowed under 11 U.S.C. § 503 will be paid in full by Month 7 of the plan. Claimholders of administrative expense claims are not entitled to vote on this plan.

**3.03    Priority tax claims**

Each holder of a priority tax claim will be paid in full by Month 7 of the plan. Claimholders of priority tax claims are not entitled to vote on this plan.

**3.04    Statutory fees**

All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date.

# Article 4    Treatment of Claims and Interests Under the Plan

**4.01    Voting rights and plan acceptance**

Only Creditors in classes that are impaired may vote on whether to accept or reject the Plan, and only Creditors holding Allowed Claims may vote. A class accepts the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the Allowed Claims that actually vote, vote in favor of the Plan. A class that is not impaired is deemed to accept the Plan.

**4.02    Treatment of claims and interests**

Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 – **Priority claims** excluding those in Article 3 | ☐ Impaired ☐ Unimpaired | Not applicable. |
| Class 2 – **Secured claim of FC Marketplace LLC** | ☒ Impaired ☐ Unimpaired | Class 2 is impaired by this Plan. The holder of the Class 2 Claim will be paid in full, in cash, over thirty-six (36) months at 6% interest. Claimholders of Class 2 claims are entitled to vote on this plan. |

| Class | Impairment | Treatment |
|---|---|---|
| **Class 3 – Non-priority unsecured creditors and all deficiency claims of Class 2 claimholders** | ☒ Impaired ☐ Unimpaired | Class 3 is impaired by this Plan. Each holder of a Class 3 Claim will be paid in full, in cash, after all Class 1 and Class 2 claims have been paid in full. Claimholders of Class 3 claims are entitled to vote on this plan. |
| **Class 4 – Equity security holders of the Debtor** | ☐ Impaired ☐ Unimpaired | Not applicable. |

# Article 5    Allowance and Disallowance of Claims

### 5.01    Disputed Claim
A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

### 5.02    Delay of distribution on a disputed claim
No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

### 5.03    Settlement of disputed claims
The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

# Article 6    Provisions for Executory Contracts and Unexpired Leases

### 6.01    Assumed executory contracts and unexpired leases
(a)  The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date:

| Party | Description of Contract | Election |
|---|---|---|
| AAA | Debtor provides towing services as a contractor for AAA. | ☒ Assumed ☐ Rejected |
| PFA Partners | Parking lot and garage lease for 2705 Black Lane Place, Suite 300, Philadelphia, PA 19154. | ☒ Assumed ☐ Rejected |
| Santander | Lease of two (2) 2016 Ford F150 Pickup Trucks | ☒ Assumed ☐ Rejected |

(b) Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty-five (35) days after the date of the order confirming this Plan.

## Article 7      Means for Implementation of the Plan

The Debtor may sell up to three of its seven tow trucks. If the trucks are sold pursuant to this Plan, the transaction will be exempt from transfer tax pursuant to 11 U.S.C. § 1146(a). The Debtor expects that the proceeds of that sale could be as much as $40,000. The Debtor would be permitted to use the sale proceeds to pay FC Marketplace LLC in satisfaction of its allowed secured claim (Class 2). If the proceeds of the sale exceed the amount of FC Marketplace's allowed secured claim, all excess funds will be paid to the trustee for distribution to creditors.

Starting on the Effective Date and then monthly by the 15th day after the close of the months set forth on the Debtor's projected cash flows on Exhibit B, the Debtor will pay its aggregate Disposable Income to the Subchapter V Trustee for disbursement consistent with this Plan. In connection with each monthly disbursement date, the Debtor shall deliver to the Subchapter V Trustee (collectively, the "Post-Petition Obligations"): (1) a report setting forth the calculation of the Disposable Income distributable to creditors, (2) a copy of the Debtor's bank account statements and any other backup reasonably requested by the Subchapter V Trustee to confirm the propriety of the Disposable Income calculation, and (3) a check payable to "Richard Furtek, Subchapter V Trustee for the Estate of Ricci Transport & Recovery, Inc." in the amount of the Disposable Income.

If the Debtor fails to comply with any of its Post-Petition Obligations or if Subchapter V Trustee disagrees with the Debtor's Disposable Income calculation, he and the Debtor shall work collaboratively to resolve any such dispute, the failure of which shall give rise to the right of the Subchapter V Trustee to file with the Bankruptcy Court a notice of dispute with respect to the Disposable Income calculation and thereby enabling the Subchapter V Trustee or any other party in interest to seek appropriate relief from the Bankruptcy Court. The Subchapter V Trustee shall have the right to retain from the amounts paid to him by the Debtor in the amount of $400 on each disbursement date on account of the time and services devoted by the Subchapter V Trustee to the services required above. The Subchapter V Trustee shall be responsible for filing post-confirmation distribution reports pursuant to L.B.R. 3021-1.

From and after the Effective Date, the reorganized Debtor may, in the ordinary course and without the necessity of any approval by the Bankruptcy Court, pay the reasonable fees and expenses of professional persons thereafter incurred, including, without

limitation, those fees and expenses incurred in connection with the implementation and consummation of the Plan.

# Article 8       General Provisions

### 8.01       Definitions and rules of construction
The definitions and rules of construction set forth in 11 U.S.C. §§ 101 and 102 shall apply when terms defined or construed in the Bankruptcy Code are used in this Plan.

### 8.02       Effective date
The effective date of this Plan is the first business day following the date that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated.

### 8.03       Severability
If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

### 8.04       Binding effect
The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

### 8.05       Captions
The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

### 8.06       Controlling effect
Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Pennsylvania govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

### 8.07       Corporate governance
The Debtor is an "S" corporation organized under the laws of the State of Pennsylvania and governed by all IRS guidelines.

### 8.08       Retention of Jurisdiction
This Court shall retain jurisdiction until substantial consummation of this Plan after confirmation.

# Article 9       Discharge

If the Debtor's Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt: (i) imposed by this Plan; or (ii) to the extent provided in § 1141(d)(6).

If the Debtor's Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 5 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt: (i) on which the last payment is due after the first 5 years of the plan, or as otherwise provided in § 1192; or (ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

# Exhibit A
## Liquidation Analysis

**Assets**

a. Cash on hand.................................................................................. $15,374.73
b. Accounts receivable ............................................................................ $0.00
c. Inventory............................................................................................. $0.00
d. Office furniture & equipment ......................................................... $575.00
e. Machinery & equipment ............................................................. $1,200.00
f. Automobiles ............................................................................. $190,000.00
g. Building & Land .................................................................................. $0.00
h. Customer list ...................................................................................... $0.00
i. Investment property (such as stocks, bonds or other financial assets) ............................ $0.00
j. Lawsuits or other claims against third-parties .................................. $0.00
k. Other intangibles (such as avoiding powers actions) ....................... $0.00

*Total Assets at Liquidation Value* ............................................. $207,149.73

**Less:**
Secured creditors' recoveries....................................................... $87,194.20
**Less:**
Chapter 7 trustee fees and expenses (estimated)........................... $15,000.00
**Less:**
Chapter 11 administrative expenses.............................................. $38,990.56
**Less:**
Priority claims, excluding administrative expense claims ............... $4,724.54

(1) Balance for unsecured claims  ................................................ $61,240.43
(2) Total dollar amount of unsecured claims................................ $79,031.01

*Percentage of Claims Which Unsecured Creditors Would*
*Receive Or Retain in a Chapter 7 Liquidation:* ........................................77%

*Percentage of Claims Which Unsecured Creditors Will*
*Receive or Retain under the Plan:* ..........................................................100%

**Exhibit B**
**Cash Flow Projection**

|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 |
|---|---|---|---|---|---|---|
| **Projected Revenue** | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| **Projected Expenses** | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Projected Disposable Income** | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

|  | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|
| **Projected Revenue** | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| **Projected Expenses** | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Projected Disposable Income** | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

|  | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|
| **Projected Revenue** | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| **Projected Expenses** | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Projected Disposable Income** | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

|  | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|
| **Projected Revenue** | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| **Projected Expenses** | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Projected Disposable Income** | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

|  | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 |
|---|---|---|---|---|---|---|
| **Projected Revenue** | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| **Projected Expenses** | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Projected Disposable Income** | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

# Cash Flow Projection (continued)

| | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|
| Projected Revenue | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| Projected Expenses | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Projected Disposable Income | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 |
|---|---|---|---|---|---|---|
| Projected Revenue | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| Projected Expenses | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Projected Disposable Income | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

| | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 |
|---|---|---|---|---|---|---|
| Projected Revenue | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| Projected Expenses | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Projected Disposable Income | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

| | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|
| Projected Revenue | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| Projected Expenses | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Projected Disposable Income | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

| | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| Projected Revenue | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 | $55,184.00 |
| Projected Expenses | | | | | | |
| Payroll | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Worker's Compensation | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Rent | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 | $4,612.00 |
| Vehicle Expenses | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 | $15,910.00 |
| Insurance | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Projected Disposable Income | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |

## Exhibit C
## Schedule of Plan Payments and Trustee Distributions

|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $412.53 | $412.33 | $412.12 | $411.92 | $411.70 | $411.52 |
| City of Philadelphia | $224.55 | $225.00 | $225.45 | $225.90 | $226.35 | $226.80 |
| I.R.S. | $132.27 | $132.20 | $132.14 | $132.07 | $132.01 | $131.93 |
| PA Dep't of Rev. | $425.94 | $426.79 | $427.65 | $428.50 | $429.36 | $430.21 |
| Rey's Tax & Accounting Service | $1,653.37 | $1,652.54 | $1,651.71 | $1,650.89 | $1,650.07 | $1,649.23 |
| Richard Furtek, CPA (Trustee) | $413.34 | $413.14 | $412.93 | $412.72 | $412.51 | $412.31 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Distribution to Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

|  | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $18.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $14.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $7.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $27.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $92.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $23.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $3,079.56 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $182.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $3,079.56 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Secured** | | | | | | |
| FC Marketplace LLC | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

|  | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Secured** | | | | | | |
| FC Marketplace LLC | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Secured** | | | | | | |
| FC Marketplace LLC | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $2,518.99 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $227.01 |
| KeyBank N.A. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $437.01 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.06 |
| T2 Tools Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.93 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $2,518.99 |
| Distribution to Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $743.01 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $996.62 | $996.62 | $996.62 | $996.63 | $996.62 | $996.63 |
| KeyBank N.A. | $1,918.59 | $1,918.60 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 |
| PA Dep't of Rev. | $92.47 | $92.46 | $92.47 | $92.46 | $92.47 | $92.46 |
| T2 Tools Inc. | $254.32 | $254.32 | $254.32 | $254.32 | $254.32 | $254.32 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Unsecured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $996.62 | $996.63 | $996.62 | $996.63 | $996.62 | $996.63 |
| KeyBank N.A. | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 |
| PA Dep't of Rev. | $92.47 | $92.46 | $92.47 | $92.46 | $92.47 | $92.46 |
| T2 Tools Inc. | $254.32 | $254.32 | $254.32 | $254.32 | $254.32 | $254.32 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Unsecured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Secured** | | | | | | |
| FC Marketplace LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Unsecured** | | | | | | |
| City of Philadelphia | $996.62 | $996.63 | $996.62 | $996.63 | $996.62 | $996.62 |
| KeyBank N.A. | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 |
| PA Dep't of Rev. | $92.47 | $92.46 | $92.47 | $92.46 | $92.47 | $92.46 |
| T2 Tools Inc. | $254.32 | $254.32 | $254.32 | $254.32 | $254.32 | $254.33 |
| | | | | | | |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Unsecured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Schedule of Plan Payments and Trustee Distributions (continued)

| | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **Priority** | | | | | | |
| Cibik Law P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Philadelphia | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I.R.S. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PA Dep't of Rev. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rey's Tax & Accounting Service | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Furtek, CPA (Trustee) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Secured** | | | | | | |
| FC Marketplace LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Unsecured** | | | | | | |
| City of Philadelphia | $996.63 | $996.62 | $996.63 | $996.62 | $996.63 | $996.63 |
| KeyBank N.A. | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 | $1,918.59 |
| PA Dep't of Rev. | $92.46 | $92.46 | $92.46 | $92.46 | $92.46 | $92.45 |
| T2 Tools Inc. | $254.32 | $254.33 | $254.32 | $254.33 | $254.32 | $254.33 |
| Starting Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor's Payment to Trustee | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 | $3,662.00 |
| Distribution to Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Distribution to Unsecured | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 | $3,262.00 |
| Trustee Disbursement/Reporting Fees | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Ending Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Summary of Plan Payments and Trustee Distributions

|  | Claim | Interest | Total |
|---|---|---|---|
| **Priority** | | | |
| Cibik Law P.C. | $2,490.56 | $0.00 | $2,490.56 |
| City of Philadelphia | $1,354.75 | $13.59 | $1,368.34 |
| I.R.S. | $800.00 | $0.00 | $800.00 |
| PA Dep't of Rev. | $2,569.79 | $25.75 | $2,595.54 |
| Rey's Tax & Accounting Service | $10,000.00 | $0.00 | $10,000.00 |
| Richard Furtek, CPA (Trustee) | $2,500.00 | $0.00 | $2,500.00 |
| | | | |
| **Secured** | | | |
| FC Marketplace LLC | $87,194.20 | $9,740.35 | $96,934.55 |
| | | | |
| **Unsecured** | | | |
| City of Philadelphia | $24,146.00 | $0.00 | $24,146.00 |
| KeyBank N.A. | $46,483.18 | $0.00 | $46,483.18 |
| PA Dep't of Rev. | $2,240.18 | $0.00 | $2,240.18 |
| T2 Tools Inc. | $6,161.65 | $0.00 | $6,161.65 |
| | | | |
| Debtor's Payment to Trustee | | | $219,720.00 |
| Distribution to Priority | $19,719.66 | $34.78 | $19,754.44 |
| Distribution to Secured | $87,194.20 | $9,740.35 | $96,934.55 |
| Distribution to Unsecured | $79,031.01 | $0.00 | $79,031.01 |
| Trustee Disbursement/Reporting Fees | | | $24,000.00 |