# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10969-elf |
| Ricci Transport & Recovery Inc., | Chapter 11 |
| Debtor. | |

**First and Final Application for Compensation and Reimbursement of Expenses of Cibik Law P.C. as Counsel for the Debtor for the Period of April 5, 2022 to January 18, 2023**

**AND NOW**, Applicant Cibik Law P.C. applies under 11 U.S.C. § 330 and L.B.R. 2016-1 for an award of compensation and reimbursement of expenses. In support of this application, the Applicant represents:

A. **Preliminary Statement**

1. The Applicant is the Counsel for Debtor Ricci Transport & Recovery Inc.

2. The terms and conditions of employment and compensation are set forth in the Applicant's application to employ. ECF No. 9. As disclosed in the application to employ, the Applicant was previously paid a retainer in the amount of $20,000.00, of which $14,860.05 was remaining on the petition date and is currently held in escrow.

3. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

4. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of the Applicant's law firm unless 11 U.S.C. §504(c) applies.

B. **General Information**

5. Application Period

    Dates ................................................................. April 5, 2022 to January 18, 2023
    Application Type ....................................................... ☒ Final ☐ Interim

    <u>Requested</u>
    Fees ............................................................................................... $23,094.00
    Expenses ......................................................................................... $1,906.00
    Total ............................................................................................. $25,000.00

6. General Information

    a. Date case filed ........................................................................ April 14, 2022
    b. Date application to approve employment filed ............................. April 15, 2022

    c. Date employment approved............................................................ May 6, 2022

    d. First date services rendered in the case ........................................... April 5, 2022

    e. Compensation request is under § 330 ............................................. ☒ Yes ☐ No

    f. Any fees awarded will be paid from the estate ................................ ☒ Yes ☐ No

    g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application ................................................................................. ☐ Yes ☒ No

7. There are no prior applications in this case by the Applicant.

8. The following attorneys billed on this matter during the application period:

| Name | Admitted | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Michael I. Assad | 2021 | 84.26 | $350.00 | $29,489.35 |
| Michael A. Cibik | 1976 | 8.40 | $495.00 | $4,158.00 |

**Attorney Grand Total: $33,647.35**

9. The following paraprofessionals billed on this matter during the application period:

| Name | Hours | Billing Rate | Total |
|---|---|---|---|
| Michael I. Assad | 8.85 | $125.00 | $1106.25 |
| Michael A. Cibik | 0.20 | $125.00 | $25.00 |

**Paraprofessional Grand Total: $1,131.25**

10. Billing Rates

    a. Billing rates are different than the billing rates set forth in last application ............................................ ☐ Yes ☒ No

## C. Billing Summary

11. The services rendered by Cibik Law for the Debtor during the application period included, but were not limited to: (a) advising the debtor of its rights and obligations under the bankruptcy code, (b) assisting the debtor in preparation of the schedules and other required pleadings, (c) representing the debtor at the meeting of creditors and other examinations, (d) preparing all necessary applications, motions, answers, responses, and similar pleadings, and (e) assisting the debtor in the formulation and prosecution of confirmation of a reorganization plan.

12. The Applicant requests award of compensation for performing the services detailed in Exhibit A, which are summarized as follows according to American Bar Association Task codes:

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Research | A102 | 3.00 | $1,050.00 |
| Review/analyze | A104 | 3.00 | $1,050.00 |
| Communicate (with client) | A106 | 4.17 | $1,509.21 |
| Case Administration | B110 | 24.09 | $7,641.39 |

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Meetings of and Communications with Creditors | B150 | 4.15 | $1,655.50 |
| Fee/Employment Applications | B160 | 9.20 | $2,995.00 |
| Fee/Employment Application Objections | B170 | 0.20 | $70.00 |
| Tax Issues | B240 | 0.50 | $175.00 |
| Claims Administration and Objections | B310 | 6.95 | $2,297.50 |
| Plan and Disclosure Statement | B320 | 36.95 | $12,212.50 |
| General Bankruptcy Advice/Opinions | B410 | 9.50 | $4,122.50 |

13. Although the services detailed in Exhibit A amount to $34,778.60, the Applicant requests compensation in the amount of $23,094.00 for the application period so that compensation does not exceed the amount provided for by the confirmed plan. The Applicant waives all fees that exceed $23,094.00.

**D.    Expense Summary**

14. The Applicant requests reimbursement of expenses in the amount of $1,906.00 for expenses incurred and expended as detailed in Exhibit B.

**NOW, THEREFORE**, the Applicant requests an award of compensation in the form of order attached.

Date: January 18, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Verification

I am an Associate with the firm of Cibik Law P.C. I verify that all of the factual statements in this Application are true and correct to the best of my knowledge, information, and belief. Under penalty of perjury, I declare that the foregoing is true and correct.

Date: January 18, 2023

/s/ Michael I. Assad
Michael I. Assad