## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : |   |
| In re:   RICCI TRANSPORT & RECOVERY INC., | : | Bky No. 22-10969-elf |
| Debtor | : |   |

---

## ORDER

And now, this 28th day of February 2023, it is HEREBY ORDERED that the Clerk of Court

shall transfer the above-captioned matter to the docket of the Honorable Ashely M. Chan.

Eric L. Frank
U.S. Bankruptcy Judge