# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **RICCI TRANSPORT &** | ) |
| **RECOVERY INC.,** | ) |
| Debtor. | ) |
| | ) Case No. 22-10969-amc |

## POST-CONFIRMATION DISTRIBUTION REPORT

The undersigned certifies as follows:

1. On January 17, 2023, the Debtor's Fourth Amended Plan under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") was confirmed.

2. The Subchapter V Trustee prepared this report and has sole signatory authority over the bank account at Pinnacle Bank. The bank statements are attached.

3. For the quarter ended September 30, 2023, following is a summary of all disbursements made by the Subchapter V Trustee related to the Plan for each class.

| Class | Q3 2023 Current Quarter | Cumulative Total |
|---|---|---|
| Trustee Post Confirmation Compensation | $ 1,600.00 | $ 3,200.00 |
| Allowed Fees for Subchapter V Trustee | $ 2,130.05 | 4,260.10 |
| Allowed Fees for Debtor's Attorney & Accountant | $ 4,068.39 | 8,136.78 |
| Priority Claims | $ 6,849.56 | 13,699.12 |
| Secured Claims | | - |
| Unsecured Claims | - | - |
| **Total Disbursements** | **$14,648.00** | **$29,296.00** |

4. Any questions regarding this report should be directed to the undersigned.

FURTEK & ASSOCIATES, LLC

Dated: October 13, 2023

By: */s/ Richard E. Furtek*
*Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
XXXXXX0006

RETURN SERVICE REQUESTED

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

Bankruptcy Trustee

## Statement of Account

| Balance 7/03/23 | Summary | |
|---|---|---|
| $ 3,662.00 | | |
| | Credits | +$3,662.00 |
| Balance 7/31/23 | Interest | +$.00 |
| $ 2,729.49 | Debits | - $4,594.51 |

### Credit Transactions

**Deposits**

| 7/18 | Regular Deposit | 3,662.00 |
|---|---|---|
| **Total Credits** | | **$3,662.00** |

### Debit Transactions

**Checks**

| 7/18 | Check 5029 | 532.51 |
|---|---|---|
| 7/21 | Check 5030 | 484.59 |
| 7/05 | Check 5031 | 532.51 |
| 7/18 | Check 5032 | 1,502.24 |
| 7/17 | Check 5033 | 146.25 |
| 7/18 | Check 5034 | 63.90 |
| 7/05 | Check 5035 | 400.00 |
| 7/19 | Check 5038* | 532.51 |



| 7/20 | Check 5042* | 400.00 |
|---|---|---|
| **Total Debits** | | **$4,594.51** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $2,884.83 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 29 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 7/03 | 3,662.00 | 7/18 | 4,146.59 | 7/21 | 2,729.49 |
| 7/05 | 2,729.49 | 7/19 | 3,614.08 | | |
| 7/17 | 2,583.24 | 7/20 | 3,214.08 | | |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
XXXXXX0006

RETURN SERVICE REQUESTED

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

Bankruptcy Trustee

## Statement of Account

| | |
|---|---|
| Balance 8/01/23 | $ 2,729.49 |
| Balance 8/31/23 | $ 678.76 |

Summary

| | |
|---|---|
| Credits | +$3,662.00 |
| Interest | +$.00 |
| Debits | - $5,712.73 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 8/15 | Regular Deposit | 3,662.00 |
| **Total Credits** | | **$3,662.00** |

### Debit Transactions

**Checks**

| | | |
|---|---|---|
| 8/03 | Check 5036 | 532.51 |
| 8/04 | Check 5037 | 484.59 |
| 8/01 | Check 5039* | 1,502.24 |
| 8/01 | Check 5040 | 146.25 |
| 8/02 | Check 5041 | 63.90 |
| 8/24 | Check 5044* | 484.59 |
| 8/17 | Check 5045 | 532.51 |
| 8/30 | Check 5046 | 1,502.24 |



Page 1 of 7

EAB8354

| | | |
|---|---|---:|
| 8/29 | Check 5048* | 63.90 |
| 8/17 | Check 5049 | 400.00 |
| **Total Debits** | | **$5,712.73** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $1,412.13 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---:|---|---:|---|---:|
| 8/01 | 1,081.00 | 8/04 | .00 | 8/24 | 2,244.90 |
| 8/02 | 1,017.10 | 8/15 | 3,662.00 | 8/29 | 2,181.00 |
| 8/03 | 484.59 | 8/17 | 2,729.49 | 8/30 | 678.76 |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| Balance 9/01/23 | Summary | | |
|---|---|---|---|
| $ 678.76 | | | |
| | Credits | +$3,662.00 | |
| | Interest | +$.00 | |
| Balance 10/01/23 | Debits | - $1,563.35 | |
| $ 2,777.41 | | | |

### Credit Transactions

**Deposits**

| 9/20 | Regular Deposit | 3,662.00 |
|---|---|---|
| **Total Credits** | | **$3,662.00** |

### Debit Transactions

**Checks**

| 9/08 | Check 5047 | 146.25 |
|---|---|---|
| 9/29 | Check 5051* | 484.59 |
| 9/22 | Check 5053* | 532.51 |
| 9/22 | Check 5057* | 400.00 |
| **Total Debits** | | **$1,563.35** |

(*) Indicates gap in check number sequenece



Page 1 of 6

EAB8354

Account Number XXXXXX0006

| | | | |
|---|---|---|---|
| Average Balance This Statement | $1,635.37 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| 9/01 | 678.76 | 9/20 | 4,194.51 | 9/29 | 2,777.41 |
| 9/08 | 532.51 | 9/22 | 3,262.00 | | |