# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **RICCI TRANSPORT &** ) | |
| **RECOVERY INC.,** ) | |
| Debtor. ) | **Case No. 22-10969-amc** |

## POST-CONFIRMATION DISTRIBUTION REPORT

The undersigned certifies as follows:

1. On January 17, 2023, the Debtor's Fourth Amended Plan under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") was confirmed.

2. The Subchapter V Trustee prepared this report and has sole signatory authority over the bank account at Pinnacle Bank. The bank statements are attached.

3. For the quarter ended December 31, 2023, following is a summary of all disbursements made by the Subchapter V Trustee related to the Plan for each class.

| Class | Q4 2023 Current Quarter | Cumulative Total |
|---|---|---|
| Trustee Post Confirmation Compensation | $ 1,200.00 | $ 4,400.00 |
| Allowed Fees for Subchapter V Trustee | 739.92 | 5,000.00 |
| Allowed Fees for Debtor's Attorney & Accountant | 1,413.20 | 9,550.00 |
| Priority Claims | 2,379.36 | 16,078.48 |
| Secured Claims | 5,253.52 | 5,253.52 |
| Unsecured Claims | - | - |
| **Total Disbursements** | **$10,986.00** | **$40,282.00** |

4. Any questions regarding this report should be directed to the undersigned.

FURTEK & ASSOCIATES, LLC

Dated: January 8, 2024         By:*/s/ Richard E. Furtek*
                                *Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com



**150 Third Avenue South**
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

Bankruptcy Trustee

## Statement of Account

| | |
|---|---|
| Balance 12/01/23 $ 2,034.75 | Summary |
| | Credits    +$7,324.00 |
| Balance 12/31/23 $ 8,826.24 | Interest    +$.00 |
| | Debits    - $532.51 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---:|
| 12/22 | Regular Deposit | 7,324.00 |
| **Total Credits** | | **$7,324.00** |

### Debit Transactions

**Checks**

| | | |
|---|---|---:|
| 12/05 | Check 5058 | 532.51 |
| **Total Debits** | | **$532.51** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $3,933.53 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |



| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| 12/01 | 2,034.75 | 12/05 | 1,502.24 | 12/22 | 8,826.24 |



150 Third Avenue South  
Suite 900  
Nashville, TN 37201  
www.pnfp.com

Client Service Center 800-264-3613  
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account  
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor  
Richard E Furtek Bankruptcy Trustee  
Case #22-10969  
101 Lindenwood Dr Ste 225  
Malvern, PA 19355-1762

Bankruptcy Trustee

## Statement of Account

| Balance 11/01/23 | Summary | |
|---|---|---|
| $ 2,729.49 | Credits | + $.00 |
| Balance 11/30/23 | Interest | + $.00 |
| $ 2,034.75 | Debits | − $694.74 |

### Debit Transactions

#### Checks

| Date | Description | Amount |
|---|---|---|
| 11/10 | Check 5059 | 484.59 |
| 11/22 | Check 5062* | 146.25 |
| 11/13 | Check 5063 | 63.90 |
| **Total Debits** | | **$694.74** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $2,308.06 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |



Page 1 of 5

EAB8354

| DAILY BALANCE INFORMATION | | | |
|---|---|---|---|
| 11/01 | 2,729.49 | 11/13 | 2,181.00 |
| 11/10 | 2,244.90 | 11/22 | 2,034.75 |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

Bankruptcy Trustee

## Statement of Account

| | |
|---|---|
| Balance 10/02/23 | Summary |
| $ 2,777.41 | |
| | Credits   +$3,662.00 |
| Balance 10/31/23 | Interest   +$.00 |
| $ 2,729.49 | Debits    - $3,709.92 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---:|
| 10/30 | Regular Deposit | 3,662.00 |
| **Total Credits** | | **$3,662.00** |

### Debit Transactions

**Checks**

| | | |
|---|---|---:|
| 10/02 | Check 5043 | 532.51 |
| 10/02 | Check 5050* | 532.51 |
| 10/10 | Check 5054* | 1,502.24 |
| 10/19 | Check 5055 | 146.25 |
| 10/06 | Check 5056 | 63.90 |
| 10/31 | Check 5060* | 532.51 |
| 10/31 | Check 5064* | 400.00 |
| **Total Debits** | | **$3,709.92** |

(*) Indicates gap in check number sequenece



Account Number: XXXXXX0006

| Average Balance This Statement | $705.04 | Annual Percentage Yield Earned | .00% |
| --- | --- | --- | --- |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

| DAILY BALANCE INFORMATION | | | | | |
| --- | --- | --- | --- | --- | --- |
| 10/02 | 1,712.39 | 10/10 | 146.25 | 10/30 | 3,662.00 |
| 10/06 | 1,648.49 | 10/19 | .00 | 10/31 | 2,729.49 |