IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **RICCI TRANSPORT & RECOVERY INC.,** | : | Case No. 22-10969-amc |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of January, 2024, the Post-Confirmation Distribution Report was caused to be served electronically via CM/ECF upon all parties on the Clerk's Service List and to the Debtor via Debtor's counsel via electronic mail.

By: _/s/ Richard E. Furtek_
Subchapter V Trustee