## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10969-elf |
| | : | |
| RICCI TRANSPORT & RECOVERY INC. | : | Chapter 11 |
| | : | |
| Debtor | : | |

### **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Brad G. Kubisiak, Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list.

Kelly M. Appleyard, Deputy Attorney General, has entered her appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case (*see* Docket #154).

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Kelly M. Appleyard.

MICHELLE A. HENRY
Attorney General

Date:  September 4, 2024          By: _____
                                   BRAD G. KUBISIAK
COMMONWEALTH OF PENNSYLVANIA      Deputy Attorney General
OFFICE OF ATTORNEY GENERAL        Attorney I.D. No. 315714
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133                MELISSA L. VAN ECK
Fax: (717) 772-4526               Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov   Financial Enforcement Section