**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10969-elf |
| | : | |
| RICCI TRANSPORT & RECOVERY INC. | : | Chapter 11 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Brad G. Kubisiak, hereby certify that the *Withdrawal of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: September 4, 2024                                Respectfully submitted,

                                                                            MICHELLE A. HENRY
                                                                            Attorney General

COMMONWEALTH OF PENNSYLVANIA            BY:_____
OFFICE OF ATTORNEY GENERAL
The Phoenix Building                                        BRAD G. KUBISIAK
1600 Arch Street, Suite 300                               Deputy Attorney General
Philadelphia, PA 19103                                      Attorney I.D. No. 315714
Tel: (215) 560-2133
Fax: (717) 772-4526                                          MELISSA L. VAN ECK
E-mail: bkubisiak@attorneygeneral.gov        Chief Deputy Attorney General
                                                                            Financial Enforcement Section