# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| LINDA L. ARTMAN | : | Bankruptcy No. 21-11590-AMC |
| | : | |
| Debtor | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Brad G. Kubisiak, Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list.

Kelly M. Appleyard, Deputy Attorney General, has entered her appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case (*see* Docket #63).

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Kelly M. Appleyard.

|  |  |
|---|---|
|  | MICHELLE A. HENRY |
|  | Attorney General |
| Date: September 4, 2024 | By: _____ |
|  | BRAD G. KUBISIAK |
| COMMONWEALTH OF PENNSYLVANIA | Deputy Attorney General |
| OFFICE OF ATTORNEY GENERAL | Attorney I.D. No. 315714 |
| 1600 Arch Street, Suite 300 |  |
| Philadelphia, PA 19103 |  |
| Tel: (215)560-2133 | MELISSA L. VAN ECK |
| Fax: (717) 772-4526 | Chief Deputy Attorney General |
| Email: bkubisiak@attorneygeneral.gov | Financial Enforcement Section |