## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| LINDA L. ARTMAN | : | Bankruptcy No. 21-11590-AMC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Brad G. Kubisiak, hereby certify that the *Withdrawal of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: September 4, 2024

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2133
Fax: (717) 772-4526
E-mail: bkubisiak@attorneygeneral.gov

BY: _____
BRAD G. KUBISIAK
Deputy Attorney General
Attorney I.D. No. 315714

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section