## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10969-elf |
| | : | |
| RICCI TRANSPORT & RECOVERY INC. | : | Chapter 11 |
| | : | |
| Debtor | : | |

### PRAECIPE TO WITHDRAW WITHDRAWAL OF APPEARANCE

Kindly withdraw the Withdrawal of Appearance at Docket 156.

DATE: September 4, 2024

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

BY:_____

BRAD G. KUBISIAK
Deputy Attorney General
Attorney I.D. No. 315714

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2133
Fax: (717) 772-4526
E-mail: bkubisiak@attorneygeneral.gov

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section