**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 22-10969-ELF |
| | : | |
| RICCI TRANSPORT & RECOVERY INC. | : | Chapter 11 |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Brad G. Kubisiak, hereby certify that *Praecipe To Withdraw Withdrawal of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: September 4, 2024

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA          BY:_____
OFFICE OF ATTORNEY GENERAL            BRAD G. KUBISIAK
The Phoenix Building                  Deputy Attorney General
1600 Arch Street, Suite 300           Attorney I.D. No. 315714
Philadelphia, PA 19103
Tel: (215) 560-2133                   MELISSA L. VAN ECK
Fax: (717) 772-4526                   Chief Deputy Attorney General
E-mail: bkubisiak@attorneygeneral.gov  Financial Enforcement Section