# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **RICCI TRANSPORT &** | ) |
| **RECOVERY INC.,** | ) |
| Debtor. | ) **Case No. 22-10969-amc** |

## POST-CONFIRMATION DISTRIBUTION REPORT

The undersigned certifies as follows:

1. On January 17, 2023, the Debtor's Fourth Amended Plan under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") was confirmed.

2. The Subchapter V Trustee prepared this report and has sole signatory authority over the bank account at Pinnacle Bank. The bank statements are attached.

3. For the quarter ended December 31, 2024, following is a summary of all disbursements made by the Subchapter V Trustee related to the Plan for each class.

| Class | Q3 2024 Current Quarter | Cumulative Total |
|---|---|---|
| Trustee Post Confirmation Compensation | $ 1,600.00 | $ 8,400.00 |
| Allowed Fees for Subchapter V Trustee | - | 5,000.00 |
| Allowed Fees for Debtor's Attorney & Accountant | - | 9,550.00 |
| Priority Claims | - | 16,078.48 |
| Secured Claims | 13,048.00 | 37,873.52 |
| Unsecured Claims | - | - |
| **Total Disbursements** | **$ 14,648.00** | **$ 76,902.00** |

4. Any questions regarding this report should be directed to the undersigned.

FURTEK & ASSOCIATES, LLC

Dated: January 14, 2025

By: */s/ Richard E. Furtek*
*Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com



**150 Third Avenue South**
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| | |
|---|---|
| Balance 12/02/24 | Summary |
| $ .00 | |
| | Credits   +$.00 |
| Balance 12/31/24 | Interest   +$.00 |
| $ .00 | Debits    - $.00 |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | |
|---|---|
| 12/02 | .00 |



Page 1 of 2

EAB8354



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**RETURN SERVICE REQUESTED**

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| | |
|---|---|
| Balance 11/01/24 | Summary |
| $ .00 | |
| | Credits    +$.00 |
| | Interest    +$.00 |
| Balance 12/01/24 | Debits    - $.00 |
| $ .00 | |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

11/01    .00



Page 1 of 2

EAB8354



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**RETURN SERVICE REQUESTED**

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| Balance 10/01/24 | Summary | | |
|---|---|---|---|
| $ .00 | | | |
| | Credits | +$14,648.00 | |
| Balance 10/31/24 | Interest | +$.00 | |
| $ .00 | Debits | - $14,648.00 | |

### Credit Transactions

**Deposits**

| 10/23 | Regular Deposit | 14,648.00 |
|---|---|---|
| **Total Credits** | | **$14,648.00** |

### Debit Transactions

**Checks**

| 10/31 | Check 5087 | 13,048.00 |
|---|---|---|
| 10/25 | Check 5088 | 1,600.00 |
| **Total Debits** | | **$14,648.00** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $3,470.45 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |


Member FDIC

Page 1 of 5

EAB8354

Account Number XXXXXX0006

| DAILY BALANCE INFORMATION | | | |
|---|---:|---|---:|
| 10/01 | .00 | 10/25 | 13,048.00 |
| 10/23 | 14,648.00 | 10/31 | .00 |