# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **RICCI TRANSPORT &** | ) |
| **RECOVERY INC.,** | ) |
| Debtor. | ) Case No. 22-10969-amc |

## POST-CONFIRMATION DISTRIBUTION REPORT

The undersigned certifies as follows:

1. On January 17, 2023, the Debtor's Fourth Amended Plan under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") was confirmed.

2. The Subchapter V Trustee prepared this report and has sole signatory authority over the bank account at Pinnacle Bank. The bank statements are attached.

3. For the quarter ended March 31, 2025, following is a summary of all disbursements made by the Subchapter V Trustee related to the Plan for each class.

| Class | Q1 2025 Current Quarter | Cumulative Total |
|---|---|---|
| Trustee Post Confirmation Compensation | $ 1,600.00 | $ 10,000.00 |
| Allowed Fees for Subchapter V Trustee | - | 5,000.00 |
| Allowed Fees for Debtor's Attorney & Accountant | - | 9,550.00 |
| Priority Claims | - | 16,078.48 |
| Secured Claims | 13,048.00 | 50,921.52 |
| Unsecured Claims | - | - |
| **Total Disbursements** | **$ 14,648.00** | **$ 91,550.00** |

4. Any questions regarding this report should be directed to the undersigned.

FURTEK & ASSOCIATES, LLC

Dated: April 9, 2025

By: */s/ Richard E. Furtek*
*Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXX0006

RETURN SERVICE REQUESTED

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

**Balance 3/03/25**
$13,048.00

**Balance 3/31/25**
$0.00

**Summary**

**Credits** +$0.00
**Interest** +$0.00
**Debits** -$13,048.00

### Debit Transactions

**Checks**

| Date | Description | Amount |
|---|---|---|
| 3/04 | Check 5089 | 13,048.00 |

(*) Indicates gap in check number sequenece

| **Total Debits** | **$13,048.00** |
|---|---|

| Average Balance This Statement | $449.93 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 29 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 13,048.00 | 3/04 | 0.00 | | |





21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXX0006

RETURN SERVICE REQUESTED

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

| | |
|---|---|
| **Balance 2/03/25** | **Summary** |
| $0.00 | |
| | Credits  +$14,648.00 |
| | Interest +$0.00 |
| **Balance 3/02/25** | Debits   -$1,600.00 |
| $13,048.00 | |

### Credit Transactions

**Credits**

| | | |
|---|---|---:|
| 2/24 | Regular Deposit | 14,648.00 |
| **Total Credits** | | **$14,648.00** |

### Debit Transactions

**Checks**

| | | |
|---|---|---:|
| 2/28 | Check 5090 | 1,600.00 |

(*) Indicates gap in check number sequenece

| | |
|---|---:|
| **Total Debits** | **$1,600.00** |

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $3,490.57 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 28 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 2/03 | 0.00 | 2/24 | 14,648.00 | 2/28 | 13,048.00 |



Page 1 of 3



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXX0006

Est Ricci Transport& Recovery Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #22-10969
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| Balance 1/01/25 | Summary | | |
|---|---|---|---|
| $ .00 | | | |
| | Credits | +$.00 | |
| Balance 2/02/25 | Interest | +$.00 | |
| $ .00 | Debits | -$.00 | |

| Average Balance This Statement | $.00 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 33 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| 1/01 | .00 |
|---|---|


Member FDIC
EQUAL HOUSING LENDER