**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ricci Transport & Recovery, Inc.**

Debtor.

Chapter 11

Case No. 22-10969-amc

**NOTICE OF DEFAULT**

**Preliminary Statement and Background**

1. On April 14, 2022, Richard E. Furtek ("Trustee") was appointed by the United States Trustee as Subchapter V Trustee in this bankruptcy case.

2. On January 11, 2023, the Fourth Amended Plan of Reorganization for Small Business under Chapter 11 (Subchapter V) was filed (Dk#117)

3. On January 17, 2023, an Order was enter confirming the debtor's plan pursuant to 11 U.S.C. § 1191(b). (Dk#122)

4. The Order confirming the debtor's plan states as follows:

5. Notwithstanding any provision of the Plan, if the Debtor fails to perform any Post- Petition Obligation to the Subchapter V Trustee, the Subchapter V Trustee shall give written notice of the default (the "Default Notice") to the Debtor, Debtor's Counsel, and the U.S. Trustee by email and first-class mail, postage prepaid, on or after the fifteenth (15th) day following the default and file a copy of the Default Notice electronically on the public docket. The Debtor shall have thirty-five (35) days from the issuance of a Default Notice (the "Notice Period") to cure all defaults. If the Debtor fails to cure all defaults within any Notice Period, the Trustee may certify the default to this Court. Upon certification of default by the Trustee, the Court shall enter an order converting this case to chapter 7 without further notice and hearing.

**Notice of Default**

This Notice of Default is being provided due to the Debtor's failure to complete the following:

1. The Debtor has not paid the $3,662.00 monthly payments at the end of each month within fifteen (15) days after the close of the month for March, April, May, June, or July 2025 as required by the plan of reorganization.

The Trustee has requested the payments and the post-petition reporting obligations on numerous occasions by contacting the Debtor's counsel. Debtor's counsel has indicated that the debtors has ceased operations.

**Conclusion**

The Order confirming the debtor's plan states that the Debtor shall have thirty-five (35) days from the issuance of a Default Notice (the "Notice Period") to cure all defaults. If the Debtor fails to cure all defaults within any Notice Period, the Trustee may certify the default to this Court. Upon certification of default by the Trustee, the Court shall enter an order converting this case to chapter 7 without further notice and hearing.

Dated: 9/9/2025         FURTEK & ASSOCIATES, LLC

                        By:    */s/ Richard E. Furtek*
                               *Subchapter V Trustee*

                        Richard E. Furtek, CPA
                        Lindenwood Corporate Center
                        101 Lindenwood Drive, Suite 225
                        Malvern, PA 19355
                        Telephone: (610) 768-8030
                        Email: RFurtek@furtekassociates.com