**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICCI TRANSPORT & RECOVERY INC., | : | |
| | : | |
| | : | Case No. 22-10969-amc |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

    I, Richard E. Furtek, certify that on **September 9, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- **Document #165** – Notice of Default

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/9/2025

By:  */s/ Richard E. Furtek*
Subchapter V Trustee
Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com

Mailing List Exhibit:

**22-10969-amc Notice will be electronically mailed via CM/ECF system to:**

Kelly M. Appleyard on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
kappleyard@attorneygeneral.gov

MICHAEL A. CIBIK on behalf of Debtor Ricci Transport & Recovery Inc.
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Richard E Furtek
rfurtek@furtekassociates.com, cref11@trustesolutions.net

Richard E Furtek on behalf of Trustee Richard E Furtek
rfurtek@furtekassociates.com, cref11@trustesolutions.net

REBECCA K. MCDOWELL on behalf of Creditor KeyBank, N.A., successor by merger to First Niagara Bank, N.A.
rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**22-10969-amc Notice will be mailed via first class USPS to:**

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

**22-10969-amc Notice will be sent via E-Mail to:**

MICHAEL A. CIBIK on behalf of Debtor Ricci Transport & Recovery Inc.
cibik@cibiklaw.com