United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10969-amc
Ricci Transport & Recovery Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 19, 2025     Form ID: 309C     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricci Transport & Recovery Inc., 1711 Desire Avenue, Feasterville Trevose, PA 19053-4210 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| 14684042 | + | Bernstein-Burkley P.C., 601 Grant St 9th Floor, Pittsburgh, PA 15219-4430 |
| 14684043 | + | FC Marketplace LLC, 747 Front St Flr 4, San Francisco, CA 94111-1922 |
| 14705324 | + | First Bank, 1395 Yardville-Hamilton Square Rd, Hamilton, NJ 08691-3390 |
| 14705325 | + | James Ricci, 2845 Nestling Road, Philadelphia, PA 19154-1609 |
| 14705326 | + | Jennifer Ricci, 449 Jefferson Ave, Bristol, PA 19007-3932 |
| 14684044 | + | Joseph M. Ricci, 1711 Desire Ave, Feasterville Trevose, PA 19053-4210 |
| 14684604 | + | KeyBank, N.A., Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 14692665 | + | PFA Partners, 2705 Black Lake Place, Philadelphia PA 19154-1010 |
| 14684046 | + | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |
| 14692664 | + | T2 Tools Inc., 735 Temperance Lane, Ivyland, PA 18974-1347 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Nov 20 2025 00:33:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Nov 20 2025 05:33:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 20 2025 00:34:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14692667 | | Email/Text: credit@national.aaa.com | Nov 20 2025 00:33:00 | AAA, 1000 Aaa Dr, Lake Mary FL 32746 |
| 14691431 | | Email/Text: megan.harper@phila.gov | Nov 20 2025 00:34:00 | City of Philadelphia/, School District of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14685079 | | EDI: IRS.COM | Nov 20 2025 05:33:00 | Department of Treasury - IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14692899 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2025 00:53:25 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14684045 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 20 2025 00:34:00 | KeyBank N.A., 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 14684786 | | EDI: PENNDEPTREV | Nov 20 2025 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 309C | Total Noticed: 24 |

| 14692666 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 20 2025 00:34:00 | Santander, PO Box 961245, Fort Worth TX 76161-0244 |
| 14684047 | + | Email/Text: bankruptcynotices@sba.gov | Nov 20 2025 00:33:00 | U.S. Small Business Administration, Office of General Counsel, 409 Third St SW, Washington, DC 20416-0011 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14685077 | *+ | Bernstein-Burkley P.C., 601 Grant St 9th Floor, Pittsburgh, PA 15219-4430 |
| 14685078 | *+ | FC Marketplace LLC, 747 Front St Flr 4, San Francisco, CA 94111-1922 |
| 14692113 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14685080 | *+ | Joseph M. Ricci, 1711 Desire Ave, Feasterville Trevose, PA 19053-4210 |
| 14685081 | *+ | KeyBank N.A., 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 14685082 | *+ | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |
| 14685083 | *+ | U.S. Small Business Administration, Office of General Counsel, 409 Third St SW, Washington, DC 20416-0011 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025            Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Ricci Transport & Recovery Inc.<br>Name | EIN: | 20–4977668 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter: | 11    4/14/22 |
| Case number: | 22–10969–amc | Date case converted to chapter: | 7    11/18/25 |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Ricci Transport & Recovery Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1711 Desire Avenue<br>Feasterville Trevose, PA 19053 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email:  help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 923–7184<br><br>Email:  christine.shubert@comcast.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/19/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 23, 2025 at 01:50 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |