IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| RICCI TRANSPORT | : BANKRUPTCY NO. 22-10969 (AMC) |
| & RECOVERY INC. | : |
| | : |
| Debtor | : |
| | : |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on December 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the "Application") and

- Notice of Application and Response Deadline.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
Proposed Counsel to the Trustee

Dated: December 8, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

Kelly M. Appleyard, Esquire
Pennsylvania Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
*Counsel to Commonwealth of PA Dept of Revenue*

Rebecca K. McDowell, Esquire
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103
*Counsel to KeyBank, N.A. successor by merger to First Niagara Bank, N.A.*

Pamela Elchart Thurmond, Esquire
City of Philadelphia Law/Revenue Dept.
Mun. Serv. Bldg, 1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102
*Counsel to City of Philadelphia Tax & Revenue*