# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **RICCI TRANSPORT** | : | **BANKRUPTCY NO. 22-10969 (AMC)** |
| **& RECOVERY, INC.** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**VERIFIED STATEMENT OF ALAN B. Le COFF IN SUPPORT OF
APPLICATION OF CHRISTINE C. SHUBERT, CHAPTEAR 7 TRUSTEE,
TO EMPLOY BARRY S. SLOSBERG, INC. AS AUCTIONEER/BROKER**

Alan B. Le Coff, hereby declares, under penalty of perjury that:

1. I am an appraiser/auctioneer/broker in the Commonwealth of Pennsylvania, competent to find a private buyer or act as auctioneer to auction the Property, as defined in the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Barry S. Slosberg, Inc. ("BSS") as Auctioneer/Broker (the "Application").

2. I am an associate with BSS which maintains an office at 3455 Edgement Street, Philadelphia, PA 19134.

3. The Trustee has requested that BSS act as auctioneer to conduct an auction to sell the Property owned by the Debtor or find a private buyer for the Property.

4. I regularly conduct auctions and private liquidations of the type involved in this matter for bankruptcy trustees, bankruptcy estates, financial institutions, private companies and others.

5. Neither I, nor anyone associated with BSS, have been convicted of any crime other than possibly minor motor vehicle violations.

6. Neither I, nor anyone associated with me or my business, hold or represent any interest adverse to the bankruptcy estate in this case.

7. Both BSS and I have been employed by bankruptcy trustees as auctioneers at various times, but with regard to this Application, I believe BSS is a "disinterested person" within in the meaning of 11 U.S.C. §§ 327 and 101(3).

8. As compensation for providing the auction services, BSS shall receive a commission of ten percent (10%) of the Gross Sale Proceeds (as defined in the Application), plus reasonable expenses capped at $1,000.00.

9. The commissions to be charged in this engagement, including the seller commission being calculated against a gross sale price that includes the buyer's premium, are customary and the same as billing rates and terms BSS charges for other bankruptcy and non-bankruptcy engagements.

10. BSS maintains insurance for any lost or stolen property.

11. To the best of my knowledge, information and belief, neither I, nor anyone associated with my firm, have any connection with any party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: December 11, 2025

_____
Alan B. Le Coff