**EXHIBIT "B"**



Liberty
Surety First.
Member of Liberty Mutual Group

Bond No: 601092542

Duplicate

## AUCTIONEER'S BOND

KNOW ALL MEN BY THESE PRESENTS, THAT WE, Barry S. Slosberg, Inc. as Principal and the THE OHIO CASUALTY INSURANCE COMPANY as Surety, are held and firmly bound unto the United States of America, for the benefit of any trustee in bankruptcy appointed by said U.S. Trustee in the sum of $100,000.00--- to the payment of which we jointly and severally bind ourselves, our heirs, administrators and assigns.

The condition of this obligation is that whereas the said Barry S. Slosberg, Inc. as Principal, is or may be employed by various trustees in bankruptcy with the approval of the court as an auctioneer in the sale of assets of various estate pending before the said court, and the said auctioneer shall collect and hold monies from the sale of said assets.

NOW THEREFORE, if the said Barry S. Slosberg, Inc. as auctioneers in employed by a trustee for all monies received by him from the sale of said assets, then this obligation shall be void, otherwise to remain in full force and effect.

IT IS THE INTENTION OF THE PARTIES HEREIN, to give this bond to the OFFICE UNITED STATES TRUSTEE in behalf of and for the benefit of any and all trustees in bankruptcy who may employ the said Barry S. Slosberg, Inc., as auctioneer in the sales of assets in bankruptcy and that in any action to realize upon the bond hereby given, as trustee as aforesaid by bringing an auction to realize thereon with the same right, force and effect in laws as though his name were explicitly written herein and to this we do hereby bond ourselves.

This bond, however, is subject to the following conditions: This bond shall terminate 60 days after the receipt by the office of the United States Trustee, written notice from the Surety of its desire to terminate this bond, or upon receipt by the Surety of a written request from the United States Trustee to terminate this bond. The said United States Trustee shall give to the Surety written notice of any loss hereunder as soon as possible after the said agency shall learn of such loss.

This bond becomes effective the 24th day of June, 2025 for a period ending the 24th day of June, 2026.

The Surety shall not be liable under this bond for more than aggregate sum of $100,000.00 dollars regardless of the number defaults by said auctioneer as principal under this bond.        Principal

✓ _Joann C. Slosberg_
Principal Sign Here    Joann C. Slosberg, President

Signed, Sealed and dated at:

This 15th day of April 2025.

The Ohio Casualty Insurance Company

By: _Jayne B. Maloney_
Jayne B. Maloney, Attorney-In-Fact