IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RICCI TRANSPORT | : | BANKRUPTCY NO. 22-10969 (AMC) |
| & RECOVERY, INC. | : | |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Barry S. Slosberg, Inc. ("BSS") as Auctioneer/Broker (the "Application"), and good cause having been shown,

**IT IS ORDERED,** as follows:

1. The Application is **APPROVED**.

2. The Trustee is authorized to employ BSS to auction the Property (as defined in the Application) or find a private buyer to purchase the Property and to pay BSS pursuant to the terms set forth in the Application upon BSS's application for approval thereof to the Court pursuant to the applicable provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure, and such Orders as this Court may direct, with notice to parties in interest.

**BY THE COURT:**

Dated: _____     _____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE