United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10969-amc |
| Ricci Transport & Recovery Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2025 | Form ID: 139 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricci Transport & Recovery Inc., 1711 Desire Avenue, Feasterville Trevose, PA 19053-4210 |
| cr | + | KeyBank, N.A., successor by merger to First Niagar, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| acc | + | Rey's Tax & Accounting Services, Ray Jimenez, 1200 Bustleton Pike, Unit 12, Feasterville-Trevose, PA 19053-4109 |
| 14684042 | + | Bernstein-Burkley P.C., 601 Grant St 9th Floor, Pittsburgh, PA 15219-4430 |
| 14695709 | + | Comm. of PA Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14918684 | + | Commonwealth of Pennsylvania, C/O Kelly M. Appleyard, Office of Attorney General, 15th Fl. Strawberry Square, Harrisburg, PA 17120-0001 |
| 14684043 | + | FC Marketplace LLC, 747 Front St Flr 4, San Francisco, CA 94111-1922 |
| 14705324 | + | First Bank, 1395 Yardville-Hamilton Square Rd, Hamilton, NJ 08691-3390 |
| 14705325 | + | James Ricci, 2845 Nestling Road, Philadelphia, PA 19154-1609 |
| 14705326 | + | Jennifer Ricci, 449 Jefferson Ave, Bristol, PA 19007-3932 |
| 14684044 | + | Joseph M. Ricci, 1711 Desire Ave, Feasterville Trevose, PA 19053-4210 |
| 14684604 | + | KeyBank, N.A., Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 14685230 | + | Keybank, NA, c/o Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14692665 | + | PFA Partners, 2705 Black Lake Place, Philadelphia PA 19154-1010 |
| 14684046 | + | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |
| 14692664 | + | T2 Tools Inc., 735 Temperance Lane, Ivyland, PA 18974-1347 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | EDI: PENNDEPTREV | Dec 12 2025 05:38:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14692667 | Email/Text: credit@national.aaa.com | Dec 12 2025 00:44:00 | AAA, 1000 Aaa Dr, Lake Mary FL 32746 |
| 14691668 | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14691431 | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia/, School District of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14685079 | EDI: IRS.COM | Dec 12 2025 05:38:00 | Department of Treasury - IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14687979 | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 00:48:16 | FC Marketplace, LLC, c/o Becket and Lee LLP, |

Case 22-10969-amc   Doc 178   Filed 12/13/25   Entered 12/14/25 00:39:47   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 139 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 3002, Malvern PA 19355-0702 |
| 14684045 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 12 2025 00:44:00 | KeyBank N.A., 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 14684786 | | EDI: PENNDEPTREV | Dec 12 2025 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14692666 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 12 2025 00:44:00 | Santander, PO Box 961245, Fort Worth TX 76161-0244 |
| 14684047 | + | Email/Text: bankruptcynotices@sba.gov | Dec 12 2025 00:44:00 | U.S. Small Business Administration, Office of General Counsel, 409 Third St SW, Washington, DC 20416-0011 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14685077 | *+ | Bernstein-Burkley P.C., 601 Grant St 9th Floor, Pittsburgh, PA 15219-4430 |
| 14685078 | *+ | FC Marketplace LLC, 747 Front St Flr 4, San Francisco, CA 94111-1922 |
| 14692899 | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14692113 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14685080 | *+ | Joseph M. Ricci, 1711 Desire Ave, Feasterville Trevose, PA 19053-4210 |
| 14685081 | *+ | KeyBank N.A., 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 14685082 | *+ | Saldutti Law Group, 1700 Market St Ste 1005, Philadelphia, PA 19103-3920 |
| 14685083 | *+ | U.S. Small Business Administration, Office of General Counsel, 409 Third St SW, Washington, DC 20416-0011 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net   J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net   J100@ecfcbis.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| Kelly M. Appleyard | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 139 | Total Noticed: 28 |

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

**MICHAEL A. CIBIK**
on behalf of Debtor Ricci Transport & Recovery Inc. help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

**REBECCA K. MCDOWELL**
on behalf of Creditor KeyBank N.A., successor by merger to First Niagara Bank, N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

**ROBERT W. SEITZER**
on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Ricci Transport & Recovery Inc.
1711 Desire Avenue
Feasterville Trevose, PA 19053

Debtor(s)                                                                                         Case No: 22−10969−amc

                                                                                                  Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
20−4977668
_____

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 3/16/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

                          900 Market Street
                             Suite 400
                       Philadelphia, PA 19107

                                                      For The Court

                                                      Mohung Wong
                                                      Clerk of Court

**Date:** December 11, 2025

                                                                                                       176
                                                                                                    Form 139