IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RICCI TRANSPORT & RECOVERY INC. | BANKRUPTCY NO. 22-10969 (AMC) |
| Debtor | |

## ORDER

AND NOW, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

ORDERED, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: Dec. 19, 2025

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE