IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RICCI TRANSPORT & RECOVERY INC. | BANKRUPTCY NO. 22-10969 (AMC) |
| Debtor | |

CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
APPLICATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
TO EMPLOY BARRY S. SLOSBERG, INC. AS AUCTIONEER/BROKER

TO:   THE HONORABLE ASHELY M. CHAN,
      Chief United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on December 11, 2025 a copy of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Barry S. Slosberg, Inc. as Auctioneer/Broker (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties and interested parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, proposed counsel to the Trustee respectfully requests that the Application be approved.

                                                    **Respectfully submitted,**

                                                    **KARALIS PC**

                                                    By:   /s/ Robert W. Seitzer
                                                            ROBERT W. SEITZER
                                                            1900 Spruce Street
                                                            Philadelphia, PA 19103
                                                            (215) 546-4500
                                                            rseitzer@karalislaw.com
                                                            *Proposed Counsel to the Trustee*

Dated: December 19, 2025