# **EXHIBIT "3"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RICCI TRANSPORT | : | BANKRUPTCY NO. 22-10969 (AMC) |
| & RECOVERY, INC. | : | |
| | : | |
| Debtor | : | |
| | : | |

**DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, IN SUPPORT OF THE MOTION OF CHRISTINE C. SHUBERT,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE SALE OF FOUR TOW TRUCKS FREE AND CLEAR OF ALL LIENS, CLAIMS
AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND (II) AUTHORIZING
THE COMPENSATION OF BROKER PURSUANT TO 11 U.S.C. § 330**

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1. I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2. On February 3, 2026, I filed the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Four Tow Trucks Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Broker Pursuant to 11 U.S.C. § 330 (the "Motion").

3. I reviewed the Motion prior its filing with the Court.

4. All of the facts and averments set forth in the Motion are true and correct and I offer these facts and averments in support of the relief sought in the Motion.

5. I declare under penalty of perjury that the foregoing is true and correct.

                                            /s/ Christine C. Shubert
                                            Christine C. Shubert,
                                            Chapter 7 Trustee

Dated: February 3, 2026