IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RICCI TRANSPORT & RECOVERY, INC. | BANKRUPTCY NO. 22-10969 (AMC) |
| Debtor | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND BOTH TELEPHONIC AND IN-PERSON HEARING DATE

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), has filed a Motion for Entry of an Order (I) Authorizing the Sale of Four Tow Trucks Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Broker Pursuant to 11 U.S.C. § 330 (the "Motion").

**NOTICE OF SALE OF THE FOLLOWING TOW TRUCKS TO EQUIPLINC AUCTION GROUP FOR A GROSS PURCHASE PRICE OF $12,000.00 INCLUDING THE BUYER'S PREMIUM:**

1. 2014 HINO 258 TOW TRUCK (VIN 5PVNJ8JN1E4S51461),
2. 2014 HINO 258 TOW TRUCK (VIN 5PVNJ8JN1E4S51573),
3. 2017 HINO 258 TOW TRUCK (VIN 5PVNJ8JN1H4S52484) AND
4. 2019 HINO 258 TOW TRUCK (VIN 5PVNJ8JN2K4S53506)

**THE TRUSTEE PROPOSES TO PAY COMMISSION DUE TO BARRY S. SLOSBERG, INC. IN THE AMOUNT OF $1,200.00**

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **February 24, 2026, you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the Motion is scheduled to be held on March 4, 2026, at 12:30 p.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Telephonic via: Zoom audio technology only. Meeting Info: 1-646-828-7666 (telephone number), 160 6807 8081 (meeting ID). No participant ID is

necessary.

☐  Video Conference:

☒  In-Person participation is also available for this hearing **in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4. **If you do not file a response to the Motion,** the court may enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2,** you must file your response electronically.

2. **If you are not required to file electronically,** you must file your response at

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix Building, Suite 400
> 900 Market Street
> Philadelphia, PA 19107

3. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Robert W. Seitzer, Esquire
> Karalis PC
> 1900 Spruce Street
> Philadelphia, PA 19103
> Phone No.: (215) 546-4500
> Fax No.: (215) 985-4175
> E-mail address: rseitzer@karalislaw.com

Dated: February 3, 2026

2