IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 7 |
| : | |
| RICCI TRANSPORT : | BANKRUPTCY NO. 22-10969 (AMC) |
| & RECOVERY, INC. : | |
| : | |
| Debtor : | |
| : | |

### CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on February 3, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion, Response Deadline and Both Telephonic and In-Person Hearing Date on the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Four Tow Trucks Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Broker Pursuant to 11 U.S.C. § 330.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: February 3, 2026

Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL**
**UPON THE FOLLOWING CREDITORS**

AAA
1000 Aaa Dr
Lake Mary FL 32746

Bernstein-Burkley P.C.
601 Grant St 9th Floor
Pittsburgh, PA 15219

City of Philadelphia/
School District of Philadelphia
Law-Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia PA 19102

Department of Treasury - IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FC Marketplace LLC
747 Front St Flr 4
San Francisco, CA 94111

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

First Bank
1395 Yardville-Hamilton Square Rd
Hamilton, NJ 08691

James Ricci
2845 Nestling Road
Philadelphia, PA 19154

Jennifer Ricci
449 Jefferson Ave
Bristol, PA 19007

Joseph M. Ricci
1711 Desire Ave
Feasterville Trevose, PA 19053

KeyBank N.A.
4910 Tiedman Rd
Cleveland, OH 44144

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

PFA Partners
2705 Black Lake Place
Philadelphia PA 19154

Santander
PO Box 961245
Fort Worth TX 76161

T2 Tools Inc.
735 Temperance Lane
Ivyland, PA 18974

U.S. Small Business Administration
Office of General Counsel
409 Third St SW
Washington, DC 20416