IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **RICCI TRANSPORT** : | **BANKRUPTCY NO. 22-10969 (AMC)** |
| **& RECOVERY INC.** : | |
| : | |
| **Debtor** : | |
| : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
MOTION OF CHRISTINE C. SHUBERT , CHAPTER 7 TRUSTEE, FOR
ENTRY OF AN ORDER (I) AUTHORIZING THE SALE FOUR TOW TRUCKS
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. § 363 AND (II) AUTHORIZING THE COMPENSATION
OF BROKER PURSUANT TO 11 U.S.C. § 330**

**TO: THE HONORABLE ASHELY M. CHAN,
Chief United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on February 3, 2026 a copy of the Notice of Motion, Response Deadline and Both Telephonic and In-Person Hearing Date on the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Four Tow Trucks Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Broker Pursuant to 11 U.S.C. § 330 (the "Motion") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Counsel to the Trustee*

Dated: February 25, 2026