United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 22-10969-amc

Ricci Transport & Recovery Inc.                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Jun 15, 2026                       Form ID: 195                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

**Recip ID            Recipient Name and Address**
db              + Ricci Transport & Recovery Inc., 1711 Desire Avenue, Feasterville Trevose, PA 19053-4210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name                         Email Address**

CHELSEA ERIN SUMMERS
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL A. CIBIK
    on behalf of Debtor Ricci Transport & Recovery Inc. help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 15, 2026                       Form ID: 195                                    Total Noticed: 1

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

REBECCA K. MCDOWELL

on behalf of Creditor KeyBank  N.A., successor by merger to First Niagara Bank, N.A. rmcdowell@slgcollect.com,
pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT W. SEITZER

on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 7


Ricci Transport & Recovery Inc.                           : Case No. 22−10969−amc
              Debtor(s)


### *ORDER*
_____


AND NOW, this day , June 15, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court


196
Form 195